■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDDIE KENDRICKS, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Appellant.—Appeal unanimously dismissed as moot. Relator was released from custody on November 16, 1975. (See People ex rel. Wilder v Markley, 26 NY2d 648.) (Appeal from judgment of Wyoming County Court—habeas corpus.) Present—Marsh, P. J., Moule, Simons, Goldman and Witmer, JJ.